No. 87–7216.  MAHLERWEIN v. FEDERAL LAND BANK OF LOU-
ISVILLE.  Appeal from Sup. Ct. Ohio dismissed for want of juris-
diction.  Treating the papers whereon the appeal was taken as a
petition for writ of certiorari, certiorari denied.

No. 87–7293.  MAHLERWEIN v. STITSINGER ET AL.  Appeal
from C. A. 6th Cir. dismissed for want of jurisdiction.  Treating
the papers whereon the appeal was taken as a petition for writ of
certiorari, certiorari denied.

No. 87–7294.  MAHLERWEIN v. BRUEWER ET AL.  Appeal from
C. A. 6th Cir. dismissed for want of jurisdiction.  Treating the
papers whereon the appeal was taken as a petition for writ of cer-
tiorari, certiorari denied.

No. 87–7324.  BURGESS v. DIRECTOR, OFFICE OF WORKERS'
COMPENSATION PROGRAMS.  Appeal from C. A. 9th Cir. dis-
missed for want of jurisdiction.  Treating the papers whereon
the appeal was taken as a petition for writ of certiorari, certiorari
denied.

No. 88–113.  POLYAK v. HAMILTON, JUDGE, CIRCUIT COURT OF
LAWRENCE COUNTY, TENNESSEE.  Appeal from C. A. 6th Cir.
dismissed for want of jurisdiction.  Treating the papers whereon
the appeal was taken as a petition for writ of certiorari, certiorari
denied.

No. 88–180.  BOWLES v. UNITED STATES ARMY CORPS OF EN-
GINEERS.  Appeal from C. A. 5th Cir. dismissed for want of juris-
diction.  Treating the papers whereon the appeal was taken as a
petition for writ of certiorari, certiorari denied.

No. 88–212.  HALL v. HAWAII ET AL.  Appeal from Int. Ct.
App. Haw. dismissed for want of jurisdiction.  Treating the pa-
pers whereon the appeal was taken as a petition for writ of certio-
rari, certiorari denied.

No. 88–213.  LOCKSTROM v. LOCKSTROM.  Appeal from Ct.
App. Cal., 1st App. Dist., dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a petition
for writ of certiorari, certiorari denied.